UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Cases assigned to Michael I. Assad.

## Substitution of Attorney

To the Clerk of Court:

Please withdraw the appearance of Michael I. Assad and substitute the appearance of Michael A. Cibik as attorney for the debtors in the cases listed in Exhibit A. Thank you.

Date: July 27, 2024

By: Michael I. Assad (#330937)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com

Date: July 27, 2024

By: Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com

## Exhibit A

| Case No. | Case Title |
|---|---|
| 1:22-bk-01438-HWV | Phyllis Jean Myers |
| 1:22-bk-02186-HWV | Louis Cavicchio, IV and Lesa Cavicchio |
| 1:22-bk-02406-HWV | Roger Dale Moore and Barbara Anne Moore |
| 5:21-bk-00642-MJC | Ewa Alina Baumann |
| 5:23-bk-00117-MJC | Kimberly Ann Conahan |